2:11-00239

**FILED**
OCT 0 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I hereby attest and certify on 10/7/11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone (559) 498-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
7
8
9
            IN THE UNITED STATES DISTRICT COURT FOR THE
10
                    EASTERN DISTRICT OF CALIFORNIA
11
12
   UNITED STATES OF AMERICA,    )   No. 1:11-cr-00307-LJO
13                              )
            Plaintiff,          )   VIOLATION: 18 U.S.C. § 1341 -
14                              )   Mail Fraud
       v.                       )
15                              )
   MICHAEL HURD,                )
16                              )
            Defendant.          )
17                              )
                                )
18 _____)
19              Consent to Transfer of Case
20               for Plea and Sentence
21                   (Under Rule 20)
22     I, MICHAEL HURD, defendant, have been informed that an
23 information is pending against me in Eastern District of California
24 in the above designated cause. I wish to waive trial in this
25 district, to plead guilty to the offense charged, and consent to the
26 disposition of the case in the Southern District of West Virginia.
27
28
                    **PLEA AGREEMENT EXHIBIT C**

Dated: ~~March~~ April 21, 2011 at Salt Lake City, Utah

_____
MICHAEL HURD
(Defendant)

_____
(Witness)

_____
TARA L. ISAACSON
(Counsel for Defendant)

**Approved:**

_____
BENJAMIN B. WAGNER
United States Attorney for the
Eastern District of California

_____
R. BOOTH GOODWIN II
United States Attorney for
Southern District of
West Virginia

**PLEA AGREEMENT EXHIBIT C**

Case 2:11-cr-00239   Document 1   Filed 10/17/11   Page 3 of 4 PageID #: 3

U.S. District Court
Eastern District of California - Live System (Fresno)
CRIMINAL DOCKET FOR CASE #: 1:11-cr-00307-LJO All Defendants
Internal Use Only

Case title: USA v. Hurd

Date Filed: 09/21/2011
Date Terminated: 10/07/2011

Assigned to: District Judge Lawrence J. O'Neill

### Defendant (1)

Michael Hurd
*TERMINATED: 10/07/2011*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 USC 1341 - Mail Fraud (1) | -Rule 20 OUT Transfer to Southern District of West Virginia |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

USA          represented by   **Mark Joseph McKeon**
United States Attorney's Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
559-497-4048
Fax: 559-497-4099
Email: mark.mckeon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2011 | 1 | INFORMATION as to Michael Hurd (1) count(s) 1. (Sant Agata, S) (Main Document 1 replaced on 9/22/2011) (Sant Agata, S). (Entered: 09/21/2011) |
| 09/22/2011 | | (Court only) CASE as to Michael Hurd Reassigned to District Judge Lawrence J. O' Neill. |

*[Clerk's certification stamp: I hereby attest and certify on 10/7/11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody. VICTORIA C. MINOR, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, By /s/ Kelling, Deputy]*

| | | |
|---|---|---|
| | | Magistrate Judge Gary S. Austin no longer assigned to the case. (Sant Agata, S) (Entered: 09/22/2011) |
| 09/22/2011 | 2 | CLERK'S NOTICE of DOCKET CORRECTION: This case has been assigned to U.S. District Judge Lawrence J. O'Neill. Gary S. Austin is no longer assigned to this case. (Sant Agata, S) (Entered: 09/22/2011) |
| 10/06/2011 | 3 | CONSENT to TRANSFER JURISDICTION Rule 20 OUT to Southern District of West Virginia. Counts closed as to Michael Hurd (1) Count 1. (Hellings, J) (Entered: 10/07/2011) |
| 10/07/2011 | 4 | TRANSMITTAL of DOCUMENTS re 3 Rule 20 Transfer Out on *10/6/2011* to * US District Court* *Southern District of West Virginia* *300 Virginia St. East, Rm 3200* *Charleston, WV 25301*.<br>*Electronic Documents: 1 to 3. *. (Hellings, J) (Entered: 10/07/2011) |
| 10/07/2011 | | (Court only) ***TERMINATED DEFENDANT Michael Hurd. (Hellings, J) (Entered: 10/07/2011) |